**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jennifer Rahaim, | Civil Action No.: 1:09-cv-10914-MLW |
| Plaintiff, | |
| v. | |
| The CBE Group, Inc., | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff, Jennifer Rahaim, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 9, 2009

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg
B.B.O. No. 650671
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
Attorneys for Plaintiff